FILED
CLERK, U.S. DISTRICT COURT
OCT 15 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )  Case No.: CR 16-217-JFW
        Plaintiff, )
   vs. )  ORDER OF DETENTION AFTER HEARING
    )  [Fed.R.Crim.P. 32.1(a)(6);
George Armando Lopez )  18 U.S.C. 3143(a)]
        Defendant. )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central Dist., CA  for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  Conviction of state offense involving ID fraud while on sup. rel. for similar offense

_____

_____

_____

and/or

B.  ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: __10/15/19__

_____

UNITES STATES MAGISTRATE JUDGE
PAUL L. ABRAMS

2